# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 19, 2006

129688

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

J. W. HOBBS CORPORATION,
        Plaintiff-Appellant,

v

REVENUE DIVISION, DEPARTMENT
OF TREASURY, STATE OF MICHIGAN,
        Defendant-Appellee.

SC: 129688
COA: 254069
Ct of Claims: 02-000166-MT

_____/

On order of the Court, the application for leave to appeal the September 1, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 19, 2006

_____
Clerk

l0712